1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT FOR THE**
9              **EASTERN DISTRICT OF CALIFORNIA**
10
11
12

13 | TORRES,                    | **CONSENT ORDER**
14 |    Plaintiff(s)            |
15 |         v.                 | Case No.:   2:21-cv-00167 JAM DB
16 | CHOUHAN GROUP, LLC,        |
17 |    Defendant(s)            |

18

19     Each of the parties in the above-captioned case has filed a "Consent to Proceed
20 Before a United States Magistrate."  See 28 U.S.C. § 636(a)(5) and (c).  According to
21 E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate
22 judge must approve the reference to the magistrate judge.
23
24     The undersigned has reviewed the file herein and recommends that the above-
25 captioned case be reassigned and referred to the magistrate judge for all further
26 proceedings and entry of final judgment.
27
28

1

IT IS HEREBY ORDERED that any hearing dates currently set before the undersigned are VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable, Magistrate Judge Deborah Barnes.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case number: 2:21-cv-00167 DB.

Dated:  February 24, 2021      /s/ John A. Mendez

                                          THE HONORABLE JOHN A. MENDEZ

                                          UNITED STATES DISTRICT COURT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated:  February 24, 2021

                                          DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/ torres0167.consent.ord